UNITED STATES of America,
Plaintiff–Appellant,

v.

SOUTHLAND MANAGEMENT
CORPORATION; et al.,
Defendants,

W. Thad McLaurin; Charles C. Taylor, Jr.; Arthur W. Doty, Defendants–Appellees.

No. 00–60267.

United States Court of Appeals, Fifth Circuit.

Sept. 23, 2002.

John S. Koppel (argued), Douglas N. Letter, U.S. Dept. of Justice, Civil Div.–App. Staff, Washington, DC, for Plaintiff–Appellant.

Alan W. Perry (argued), Roland M. Slover, Forman, Perry, Watkins, Krutz & Tardy, Jackson, MS, for Defendants–Appellees.

William Bradley Tully, John Robert Hellow, Hooper, Lundy & Bookman, Los Angeles, CA, for Federation of American Hospitals, Amicus Curiae.

ON PETITION FOR REHEARING EN BANC

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER, DENNIS and CLEMENT, Circuit Judges.

---

BY THE COURT:

A member of the Court in active service having requested a poll on the petition for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed.